Robert S. Payne, Bar No. 08629
Lincoln Law Center, LLC
921 W. Center St.
Orem, UT 84057
help@lincolnlaw.com

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

| In re: **PAUL D. COOK** | : | Bankruptcy No. 09-34019 |
|---|---|---|
| | : | Chapter 13 |
| | : | Judge Boulden |
| Debtor | : | Trustee Anderson |

**DEBTOR'S OBJECTION TO TRUSTEE'S MOTION TO DISMISS, MOTION TO EXCUSE APPEARANCE TO MEETING OF CREDITORS, AND MOTION TO RESCHEDULE MEETING OF CREDITORS**

The Debtor, Paul Cook, by his attorney, hereby requests that this Court DENY the Trustee's Motion to Dismiss, excuse his appearance at the 341 meeting of creditors, and reschedule the meeting of creditors. Debtor would show the Court the following:

1. Debtor filed a chapter 13 bankruptcy on December 16, 2009.
2. Debtor's meeting of creditors was currently scheduled for January 22, 2010.
3. Debtor had major back surgery and is required to be on bed rest throughout the month of January 2010.
4. Debtor did not attend his 341 Meeting of Creditors but did make his first plan payment.
5. Debtor is now able to physically attend a 341 Meeting of Creditors and requests that this Court reschedule his 341 Meeting of Creditors and related Confirmation Hearing.

WHEREFORE, the Debtor requests that the Trustee's Motion to Dismiss be denied, that his nonappearance at the 341 Meeting of Creditors be excused, and that his 341 Meeting of Creditors be rescheduled.

DATED THIS 16th day of February, 2010.

/s/ Robert S. Payne
Lincoln Law Center, LLC
Attorney at Law